IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOVANN WEBB<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WATERLOO, WATERLOO POLICE OFFICERS THOMAS FREIN, MARK NISSEN, and AS YET UNKNOWN WATERLOO POLICE OFFICERS,<br><br>    Defendants. | Case No. 17-cv-2001-LRR<br><br>DEFENDANT FREIN'S RESPONSE TO PLAINTIFF'S MOTION TO REOPEN CASE |

COMES NOW Defendant, Officer Thomas Frein, by and through his attorney of record, and states that he will not resist Plaintiffs' Motion to Reopen Case (Document 40) filed on October 1, 2018.

Respectfully submitted,

WEILEIN & BOLLER, P.C.

_/s/ Timothy C. Boller_

Timothy C. Boller    AT0001031
515 Main Street, Suite E
P.O. Box 724
Cedar Falls, IA 50613
319/242-8200
FAX: 319/242-8201
E-MAIL: tboller@wbpclaw.com
Attorneys for Defendant Officer Thomas Frein

## CERTIFICATE OF SERVICE

I hereby certify that on October 2nd, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert P. Montgomery
Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA 50313
(515) 284-5737; Fax (515) 284-1704
robertmonty@gmail.com

Arthur Loevy
Jon Loevy
Mark Loevy-Reyes
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607
(312) 243-5900; Fax (312) 243-5902
LoevyLaw@Loevy.com
Jon@Loevy.com
Mark@Loevy.com

*Attorneys for Plaintiff*

Bruce Gettman
Brad Strouse
415 Clay Street
P.O. Box 627
Cedar Falls, IA 50613
(319) 277-6830, Fax (319) 277-3531
BGettman@cflaw.com
Strouse@cflaw.com

*Attorneys for Defendant City of Waterloo and Nissen*

/s/ Wanda McFarland
Wanda McFarland