IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JOVAN WEBB | ) | |
| | ) | Case No. 17-cv-2001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF WATERLOO, WATERLOO POLICE | ) | APPENDIX IN SUPPORT |
| OFFICERS THOMAS FREIN, MARK NISSEN, | ) | OF THE MOTION FOR |
| and AS YET UNKNOWN WATERLOO | ) | FOR SUMMARY JUDGMENT BY |
| POLICE OFFICERS, | ) | DEFENDANT OFFICER THOMAS |
| | ) | FREIN |
| Defendants. | ) | |

COMES NOW, Defendant, Officer Thomas Frein, by and through his attorney of record,

and pursuant to LR 56(a)(4) submits the following Appendix of Exhibits in support of his Motion

for Summary Judgment:

| Exhibit | Description | Pages |
|---|---|---|
| 1. | New World Lounge aerial photo | 1 |
| 2. | Waterloo Police Department Call for Service Record | 2-5 |
| 3. | Waterloo Police Department 2LawOps transcript | 6-8 |
| 4. | Iowa DCI summary of Phillips interview | 9-10 |
| 5. | Nissen deposition in State v. Webb | 11-20 |
| 6. | Nissen deposition in Webb v. City of Waterloo | 21-50 |
| 7. | Nissen deposition Exhibit No. 11 photo | 51 |
| 8. | Nissen Iowa DCI interview | 52-59 |
| 9. | Bose deposition in State v. Webb | 60-70 |
| 10. | Bose deposition in Webb v. City of Waterloo | 71-88 |
| 11. | Bose Allen Hospital chart | 89-96 |

| 12. | Frein deposition in State v. Webb | 97-106 |
|---|---|---|
| 13. | Frein deposition in Webb v. City of Waterloo | 107-137 |
| 14. | Frein deposition Exhibit No. 3 photo | 138 |
| 15. | Frein Iowa DCI interview | 139-44 |
| 16. | Girsch deposition in Webb v. City of Waterloo | 145-150 |
| 17. | State v. Webb suppression hearing transcript | 152-205 |
| 18. | State v. Webb trial information | 206-208 |
| 19. | State v. Webb plea/sentencing hearing transcript | 209-234 |
| 20. | Webb Allen Hospital chart | 235-250 |
| 21. | Lt. Carrier investigation report | 251-254 |
| 22. | Sgt. Petersen investigation report | 255-261 |
| 23. | Murillo investigation report | 262-264 |
| 24. | Nissen, Frein and Bose photos | 265-267 |
| 25. | Webb vehicle photos | 268-281 |
| 26. | Dr. Harper report | 282-285 |
| 27. | State v. Webb Order Re Motions to Dismiss and Suppress | 286-291 |
| 28. | New World Lounge Parking Lot Surveillance Camera Videos | 292 |
| 29. | Waterloo Police Unit 414 (Officer Jacobson) in-car camera recording | 293 |
| 30. | Waterloo Police Unit 407 (Officer Girsch) in-car camera recording | 294 |
| 31. | Affidavit of Al Carrier | 295-298 |

Respectfully submitted,

WEILEIN & BOLLER, P.C.

By _____
Timothy C. Boller          AT0001031
515 Main Street, Suite E
P.O. Box 724
Cedar Falls, IA 50613
319/242-8200
FAX: 319/242-8201
E-MAIL: tboller@wbpclaw.com
Attorneys for Defendant Officer
Thomas Frein

## CERTIFICATE OF SERVICE

I hereby certify that on August 5th, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert P. Montgomery
Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA 50313
(515) 284-5737; Fax (515) 284-1704
robertmonty@gmail.com

Arthur Loevy
Jon Loevy
Mark Loevy-Reyes
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607
(312) 243-5900; Fax (312) 243-5902
LoevyLaw@Loevy.com
Jon@Loevy.com
Mark@Loevy.com

*Attorneys for Plaintiff*

Bruce Gettman
Brad Strouse
415 Clay Street
P.O. Box 627
Cedar Falls, IA 50613
(319) 277-6830, Fax (319) 277-3531
BGettman@cflaw.com
Strouse@cflaw.com

David Baker
Fisher, Patterson, Sayler & Smith, LLP
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
(816) 523-4667, Ext. 121; Fax (816) 523-2667
dbaker@fisherpatterson.com

*Attorneys for Defendant City of Waterloo and Nissen*

Wanda McFarland
Wanda McFarland

# EXHIBIT 1



IAWIS ?
EXHIBIT 24D(2)(A

APP.

1