IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JOVAN WEBB, | ) | Case No. 6:17-cv-2001-CJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge C.J. Williams |
| vs. | ) | Magistrate Judge Mark A. Roberts |
| | ) | |
| CITY OF WATERLOO, *et al.* | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## PLAINTIFF'S LOCAL RULE 56(b)(4) COMBINED APPENDIX IN OPPOSITION TO DEFENDNANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Jovan Webb, by his attorneys, Loevy & Loevy, under Local Rule 56(b)(4) submits his combined appendix in opposition to Defendants' Motions for Summary Judgment, as follows:

| Number | Description | Page Numbers |
|---|---|---|
| 1 | New World Lounge Video (Webb 377) | 1 |
| 2 (group) | New World Lounge Video (still frames) | 2 |
| 3 | New World Lounge Video (enhanced) | 3 |
| 4 (group) | New World Lounge Video (enhanced frames) | 4 |
| 5 | New World Lounge Video (enhanced and enlarged) | 5 |
| 6 (group) | New World Lounge Video (enhanced and enlarged frames) | 6 |
| 7 | New World Lounge Video (enhanced and enlarged with focus on officers) | 7 |
| 8 (group) | New World Lounge Video (enhanced and enlarged with focus on officers frames) | 8 |
| 9 | New World Lounge Video (Webb 376—of parking lot area before shooting) | 9 |
| 10 | Girsch dash-cam video | 10 |
| 11 | Watson dash-cam video | 11 |
| 12 | Plaintiff Deposition | 12-39 |
| 13 | Al Harper Declaration, expert report, and qualifications | 40-97 |
| 14 | David McKay Declaration, expert report, and qualifications | 98-110 |

| Number | Description | Page Numbers |
|---|---|---|
| 15 | Dennis Waller Declaration, expert report, and qualifications | 111-131 |
| 16 | Defendant Frein interview (4/5/15) (Audio and Transcript) **UNDER SEAL** | 132-138 |
| 17 | Defendant Nissen interview (4/5/15) (Audio and Transcript) **UNDER SEAL** | 139-157 |
| 18 | Defendant Nissen photos from day of shooting **UNDER SEAL** | 158-159 |
| 19 | Jacobson Dash-cam Video | 160 |
| 20 | Plaintiff photos from hospital **UNDER SEAL** | 161-162 |
| 21 | Photos of Plaintiff's car **UNDER SEAL** | 163-164 |
| 22 | April 24-25 Hearing Transcript, *State v. Webb* | 165-283 |
| 23 | Forensic evidence report: Nissen fingerprints **UNDER SEAL** | 284 |
| 24 | Photographs of bullet holes in windshield **UNDER SEAL** | 285-288 |
| 25 | John Heuer Deposition in *State v. Webb*, March 16, 2017 | 289-307 |
| 26 | Diagram of Gunshot wounds **UNDER SEAL** | 308 |
| 27 | Defendant Frein Deposition in *State v. Webb*, January 22, 2016 | 309-319 |
| 28 | Defendant Nissen Deposition in *State v. Webb*, January 22, 2016 | 320-328 |
| 29 | Stephen Bose Deposition in *State v. Webb*, January 22, 2016 | 329-337 |
| 30 | Steven Peterson Deposition in *State v. Webb*, January 22, 2016 | 338-340 |
| 31 | Alan Carrier Deposition (Under Federal Rule of Civil Procedure 30(b)(6) in *Ambrose v. Waterloo*, May 27, 2015 and July 20, 2015 (Volumes I, II, and III) | 341-360 |
| 32 | Bose interview on April 5, 2015 at 3:57 a.m. by Matthew Schalk (report and audio) **UNDER SEAL** | 361-363 |
| 33 | Motion to Suppress Hearing, *State v. Webb*, October 11, 2017 | 364-446 |
| 34 | Motion to Suppress Hearing, *State v. Webb*, October 12, 2017 | 447-449 |
| 35 | Criminal Complaint, *State v. Webb* | 450-452 |
| 36 | Plea Hearing, State v. Webb, September 20, 2018 | 453-456 |
| 37 | Steven Bose Deposition, June 8, 2017 | 457-525 |
| 38 | Recorded Interview of Lonnisha Dixon and Brittany Brooks | 526 |

| Number | Description | Page Numbers |
|---|---|---|
| 39 | DCI Report of Lonnisha Dixon Recorded Interview **UNDER SEAL** | 527-528 |
| 40 | Dispatch recording **UNDER SEAL** | 529 |
| 41 | Dispatch Transcript **UNDER SEAL** | 530 |
| 42 | DCI Report of Brittany Brooks Interview **UNDER SEAL** | 531-532 |
| 43 | DCI Report of Physical Evidence Analysis **REDACTED** | 533-534 |
| 44 | Carrier Deposition, November 9, 2017 **UNDER SEAL** | 535-691 |
| 45 | DCI recorded interview of Deshay Grover **UNDER SEAL** | 692 |
| 46 | Written DCI Narrative of Deshay Grover interview **UNDER SEAL** | 693-694 |
| 47 | WPD Shooting Review Board Decision **UNDER SEAL** | 695-698 |
| 48 | Federal Rule of Civil Procedure 30(b)(6) Deposition of WPD witness Greg Erie **UNDER SEAL** | 699-710 |
| 49 | Bose recorded WPD Internal Affairs interview **UNDER SEAL** | 711 |
| 50 | Nissen recorded WPD Internal Affairs interview **UNDER SEAL** | 712 |
| 51 | Frein recorded WPD Internal Affairs interview **UNDER SEAL** | 713 |
| 52 | Jacobson recorded WPD Internal Affairs interview **UNDER SEAL** | 714 |
| 53 | Girsch WPD report dated April 5, 2015 **UNDER SEAL** | 715-716 |
| 54 | Jasper WPD report dated April 5, 2015 **UNDER SEAL** | 717 |
| 55 | Frein Deposition, June 7, 2017 | 718-802 |
| 56 | Girsch Deposition, October 11, 2017 **UNDER SEAL** | 803-818 |
| 57 | Liebold Deposition, October 11, 2017 **UNDER SEAL** | 819-846 |
| 58 | Nissen Deposition, June 8, 2017 | 847-957 |
| 59 | Newspaper article about excessive force cases dated August 15, 2016 | 958-966 |
| 60 | Video related to claim against Defendant Nissen by M.A. | 967 |
| 61 | Editorial related to WPD dated September 10, 2016 | 968-970 |
| 62 | Trelka Deposition under Federal Rule of Civil Procedure 30(b)(6), October 12, 2017 | 971-1037 |

| Number | Description | Page Numbers |
|---|---|---|
| | **UNDER SEAL** | |
| 63 | WPD Internal Affairs Complaint production N1877-N1940 **UNDER SEAL** | 1038-1101 |
| 64 | Editorial related to WPD dated September 10, 2016 | 1102-1104 |
| 65 | Defendant City of Waterloo's Response to Plaintiff's Third Set of Requests to Admit | 1105-1106 |
| 66 | Defendant City of Waterloo's Response to Plaintiff's Fourth Set of Requests to Admit | 1107-1114 |
| 67 | Defendant Nissen's Response to Plaintiff's Fourth Set of Requests to Admit | 1115-1127 |
| 68 | Defendant City of Waterloo's Response to Plaintiff's Sixth Set of Requests to Produce | 1128-1129 |
| 69 | Defendant City of Waterloo's Response to Plaintiff's Fourth Set of Requests to Produce | 1130-1131 |
| 70 | Defendants Nissen and City of Waterloo's Responses to Plaintiff's Second Set of Requests to Admit | 1132-1133 |
| 71 | Defendant Frein's Responses to Plaintiff's Second Set of Requests to Admit | 1134-1136 |
| 72 | Defendant Frein's Responses to Plaintiff's First Set of Requests to Admit | 1137-1141 |
| 73 | Defendant Nissen and Waterloo's Responses to Plaintiff's First Set of Requests to Admit | 1142-1145 |
| 74 | WPD Shooting Review Board Recording—702 0081 **UNDER SEAL** | 1146 |
| 75 | WPD Shooting Review Board Recording—702 0082 **UNDER SEAL** | 1147 |
| 76 | WPD Shooting Review Board Recording—702 0083 **UNDER SEAL** | 1148 |
| 77 | DCI interview of Sanford **UNDER SEAL** | 1149 |
| 78 | DCI interview of Jamison **UNDER SEAL** | 1150 |
| 79 | DCI interview of Pace **UNDER SEAL** | 1151 |
| 80 | DCI interview McHugh **UNDER SEAL** | 1152 |
| 81 | Plaintiff's Declaration | 1153 |
| 82 | Plaintiff's Counsel Declaration | 1154-1155 |

Respectfully submitted,

/s/ Mark Loevy-Reyes
Attorneys for Plaintiff
Mark Loevy-Reyes
LOEVY & LOEVY
311 N. Aberdeen, 3rd floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902
mark@loevy.com


/s/ Robert Montgomery
Robert Montgomery
Parrish Kruidenier
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737
(515) 284-1704
robertpmonty@gmail.com

# CERTIFICATE OF SERVICE

      I, Mark Loevy-Reyes, an attorney, hereby certify that on September 16, 2019, I electronically served Plaintiff's Local Rule 56(b)(3) Statement of Additional Material Facts Precluding Summary Judgment by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                               /s/ Mark Loevy-Reyes
                                               *One of Plaintiff's Attorneys*