IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOVAN WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 6:17-CV-02001-LRR |
| | ) |
| CITY OF WATERLOO, et al., | ) |
| | ) |
| Defendants. | ) |

## INITIAL RULE 26 DISCLOSURE STATEMENT OF
## DEFENDANTS CITY OF WATERLOO AND NISSEN

COME NOW Defendants City of Waterloo and Nissen, by and through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 26(a)(2), and make the following Initial Disclosures of information.

**A.** **The name and business address of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. **Steve Bose.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual was present at the scene of the events at issue in this lawsuit and may have information concerning those events. It is also believed this individual may have information concerning his training, background and experience.

2. **Al Carrier.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning the investigation conducted by the Waterloo Police Department concerning the events at issue in this lawsuit. It is also believed this individual may have information concerning his training, background and experience.

3. **Brent Cirksena.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning the investigation conducted by the

Waterloo Police Department concerning the events at issue in this lawsuit. It is also believed this individual may have information concerning his training, background and experience.

4. **Andrew Clark.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual arrived at the scene of the incident after the shooting occurred and may have information concerning his observations and conduct.

5. **Kerry Devine.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual arrived after the shooting occurred and participated in the investigation into the underlying facts of the event.

6. **Scott Elly.** It is believed this individual is associated with the Iowa Division of Criminal Investigation. It is believed this individual may have information concerning the claims and allegations made by Plaintiff in this lawsuit, information concerning the investigation of the shooting at issue in this lawsuit performed by DCI; information concerning the DCI Report concerning its investigation into the shooting; and information concerning his training, background and experience.

7. **Greg Fangman.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have been present at the scene of the shooting at the time of the events at issue in this lawsuit and may have information concerning his observations and interaction with others present. It is also believed this individual may have information concerning his training, background and experience.

8. **Thomas Frein.** This individual is a named Defendant in this matter and may be contacted only through his counsel of record, Tim Boller. It is believed this individual may have information concerning the claims and allegations made by Plaintiff in this lawsuit; information concerning his conduct, activity and observations at the scene of the events at issue in this lawsuit; information concerning the investigation of the incident at issue in this lawsuit; and information concerning his training, background and experience.

9. **Randy Girsh.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have been present at or near the scene of events at issue in this lawsuit and may have information concerning his observations of and interaction with others. It is also believed this individual may have information concerning his training, background and experience.

10. **Deshay Grover.** It is believed this individual may be located at 657 Dawson, Waterloo, Iowa. It is believed this individual may have been present at or near

the scene of the events at issue in this lawsuit and may have information concerning her observations of and interaction with others. It is also believed this individual may have information concerning the statement she provided to DCI concerning the allegations made by Plaintiff in this lawsuit.

11. **John Heuer.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have been present at or near the scene of the events at issue in this lawsuit and may have information concerning his observations of and interaction with others who were also present. It is also believed this individual may have information concerning his training, background and experience.

12. **Mark Jasper.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning his observations of Plaintiff at Allen Hospital after the shooting, as well as his observations of others at that location. It is also believed that this individual may have information concerning his training, background and experience.

13. **Kyle Jurgensen.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have been present at the scene of the shooting at issue in this lawsuit and may have information concerning his observations of and interaction with others. It is also believed this individual may have information concerning his training, background and experience.

14. **John Koontz.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning his observations of Plaintiff at Allen Hospital after the shooting, as well as his observations of others at that location. It is also believed that this individual may have information concerning his training, background and experience.

15. **Joe Leibold.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning the investigation conducted by the Waterloo Police Department concerning the events at issue in this lawsuit. It is also believed this individual may have information concerning his training, background and experience.

16. **Aaron McClelland.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning the investigation conducted by the Waterloo Police Department concerning the events at issue in this lawsuit. It is also believed this individual may have information concerning his training, background and experience.

17. **Matthew McGeough.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have been present at the scene of the shooting at issue in this lawsuit and may have information concerning his observations of and interaction with others. It is also believed this individual may have information concerning his training, background and experience.

18. **Mark Nissen.** This individual is a named Defendant in this matter and may be contacted only through his counsel of record, Bruce Gettman. It is believed this individual may have information concerning the claims and allegations made by Plaintiff in this lawsuit; information concerning his conduct, activity and observations at the scene of the events at issue in this lawsuit; information concerning the investigation of the incident at issue in this lawsuit; and information concerning his training, background and experience.

19. **Steve Petersen.** It is believed this individual is employed by the Blackhawk County Sheriff's Office, 225 E. 6th Street, Waterloo, Iowa. It is believed this individual arrived after the shooting occurred and participated in the investigation of the shooting. It is also believed this individual may have information concerning his training, background and experience.

20. **John Wayne Phillips.** It is believed this individual may be located at 504 Riehl Street, Waterloo, Iowa. It is believed this individual may be the owner of the New World Bar and may have information concerning his observations of and interaction with Plaintiff, as well as information concerning the investigation into the shooting at issue in this lawsuit.

21. **Scott Reger.** It is believed this individual is associated with the Iowa Division of Criminal Investigation. It is believed this individual may have information concerning the claims and allegations made by Plaintiff in this lawsuit, information concerning the investigation of the shooting at issue in this lawsuit performed by DCI; information concerning the DCI Report concerning its investigation into the shooting; and information concerning his training, background and experience.

22. **Michael Roehrkasse.** It is believed this individual is associated with the Iowa Division of Criminal Investigation. It is believed this individual may have information concerning the claims and allegations made by Plaintiff in this lawsuit, information concerning the investigation of the shooting at issue in this lawsuit performed by DCI; information concerning the DCI Report concerning its investigation into the shooting; and information concerning his training, background and experience.

23. **Kenneth Schaaf.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this

individual may have participated in the investigation of the events at issue and may have information concerning his efforts in that regard, as well as his interaction with others during that process. It is also believed this individual may have information concerning his training, background and experience.

24. **Matthew Schalk.** It is believed this individual is associated with the Iowa Division of Criminal Investigation. It is believed this individual may have information concerning the claims and allegations made by Plaintiff in this lawsuit, information concerning the investigation of the shooting at issue in this lawsuit performed by DCI; information concerning the DCI Report concerning its investigation into the shooting; and information concerning his training, background and experience.

25. **Kristin Schuster.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have been present at the scene of the events after the shooting occurred and participated in the gathering of evidence, and may have information concerning her work as well as her observations of and interaction with others during that process. It is also believed this individual may have information concerning her training, background and experience.

26. **Mike Vauthier.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual may have information concerning the investigation conducted by the Waterloo Police Department concerning the events at issue in this lawsuit. It is also believed this individual may have information concerning his training, background and experience.

27. **Brad Walter.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual was present at the scene after the shooting occurred and participated in the investigation. It is also believed this individual may have information concerning his training, background and experience.

28. **Dustin Yates.** It is believed this individual is employed by the Waterloo Police Department, 715 Mulberry Street, Waterloo, Iowa. It is believed this individual arrived after the shooting occurred and participated in the investigation into the underlying facts of the event.

29. All individuals identified during discovery.

30. All individuals identified by any other party.

**B.** **A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its**

possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

1. The Report (including interviews) prepared and gathered by the Iowa Division of Criminal Investigation concerning the shooting at issue in this lawsuit. It is believed this Report may already be in the possession of Plaintiff's counsel. However, a copy of this Report is available for review and inspection at Defendants' undersigned counsel's office during regular business hours upon reasonable prior notice.

2. A copy of the City of Waterloo Police Department General Orders in place at the time of the incident at issue in this lawsuit were previously produced to all counsel during the earlier-filed litigation and labeled with Bates Stamp No. CITY 000001.

3. The reports generated by both the City of Waterloo and the Iowa Division of Criminal Investigation concerning the incident which is at issue in this lawsuit. A compact disk containing the written documents generated during those investigations was previously provided to all counsel of record and those documents, which were produced pursuant to an existing Protective Order, were labeled with Bates Stamp Nos. CONFIDENTIAL N000001 – CONFIDENTIAL N000562. Further, during the earlier litigation, all counsel were provided with 23 separate disks labeled as CONFIDENTIAL N000563 – CONFIDENTIAL N000584 and contained audio and/or video recordings which were secured during the investigations. These 23 disks were also produced pursuant to the then existing Protective Order.

4. All documents and tangible things identified during discovery.

5. All documents and tangible things identified by any other party.

C. **A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Not applicable to these Defendants.

D. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1. A copy of the applicable insurance policies were previously produced in the earlier-filed litigation on a compact disk labeled with Bates Stamp No. CITY 000002.

Respectfully submitted,

Bruce Gettman     ICIS #AT0002724
Brad Strouse
Redfern, Mason, Larsen & Moore, PLC
415 Clay Street
P.O. Box 627
Cedar Falls, IA 50613
(319) 277-6830; Fax (319) 277-3531
BGettman@cflaw.com
Strouse@cflaw.com

*Attorneys for Defendants City of Waterloo & Nissen*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2017, I caused to be served on the following a true and correct copy of the above and foregoing, by depositing same in the United States Mail, postage prepaid, addressed to:

Robert Montgomery
Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA 50312
(515) 284-5737; Fax (515) 284-1704
RobertMonty@gmail.com

Arthur Loevy
Jon Loevy
Mark Loevy-Reyes
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900; Fax (312) 243-5902
LoevyLaw@Loevy.com
Jon@Loevy.com
Mark@Loevy.com

*Attorneys for Plaintiff*


Timothy C. Boller
Weilein & Boller, P.C.
515 Main Street, Suite E
P.O. Box 724
Cedar Falls, IA 50613
(319) 242-8200; Fax (319) 242-8201
TBoller@WBPCLaw.com
*Attorneys for Frein*

_____
BRUCE GETTMAN