IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOVAN WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 6:17-CV-02001-CJW |
| | ) |
| CITY OF WATERLOO, et al., | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' DEPOSITION DESIGNATIONS**

COME NOW, Defendants, by and through their attorneys of record, and pursuant to the Trial Management Order (Documents 50) submit the following designation of those portions of the defendants which Defendants intend to offer into evidence at the time of trial in this matter:

Deposition of Doug Carner taken October 30, 2019:

Page 5, Line 5 to Page 31, Line 2.

Deposition of Jovan Webb taken on April 18, 2019

Page 4, Lines 7-8

Page 6, Line 24 to Page 9, Line 18

Page 10, Lines 2-9

Page 10, Line 20 to Page 11, Line 19

Page 11, Line 22 to Page 14, Line 24

Page 15, Lines 4-8/12-14

Page 15, Line 22 to Page 17, Line 4

Page 17, Lines 8-9/12-21

Page 17, Line 23 to Page 18, Line 17

Page 18, Line 20 to Page 21, Line 10

Page 21, Line 20 to Page 22, Line 15

Page 22, Line 20 to Page 23, Line 4

Page 23, Line 21 to Page 24, Line 4

Page 24, Lines 11-12

Page 24, Line 17 to Page 25, Line 2

Page 25, Line 13 to Page 29, Line 6

Page 29, Line 10 to Page 31, Line 2

Page 32, Lines 7-18

Page 32, Line 24 to Page 33, Line 10

Page 33, Line 14 to Page 35, Line 1

Page 36, Lines 3-9/12-18

Page 38, Lines 13 to Page 39, Line 6.

Respectfully submitted,

  /s/ David S. Baker
David S. Baker          Mo. Bar #30347
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
(913) 339-6757;  Fax: (913) 339-6187
dbaker@fisherpatterson.com

and

Bruce Gettman          ICIS #AT0002724
Brad Strouse
Redfern, Mason, Larsen & Moore, PLC
415 Clay Street
P.O. Box 627
Cedar Falls, IA 50613
(319) 277-6830; Fax (319) 277-3531
BGettman@cflaw.com
Strouse@cflaw.com

*Attorneys for Defendants City of Waterloo & Nissen*

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to the following:

Robert Montgomery
Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA 50312
(515) 284-5737; Fax (515) 284-1704
RobertMonty@gmail.com

Arthur Loevy
Jon Loevy
Mark Loevy-Reyes
Sarah Grady
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900; Fax (312) 243-5902
LoevyLaw@Loevy.com
Jon@Loevy.com
Mark@Loevy.com

*Attorneys for Plaintiff*

   /s/ David S. Baker
DAVID S. BAKER